# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISINTERMEDIATION SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. |
| | ) |
| MOBILEMONKEY, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Plaintiff Disintermediation Services, Inc. ("Plaintiff"), by and through its undersigned attorneys, hereby states that it has no parent entity and that no publicly held corporation owns 10% or more of its stock.

OF COUNSEL:

Jeffrey J. Catalano
Troy D. Smith
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiff Disintermediation Services, Inc.*

Dated: November 14, 2022